## Anaeli C. Petisco

**From:** Sharp, Ana E.
**Sent:** Monday, April 04, 2016 12:20 PM
**To:** Patrick Nitchman; Elsa Peraza
**Cc:** Anthony M. Georges-Pierre; Anaeli C. Petisco; Rainier Regueiro; Trench, Susan E.
**Subject:** RE: Marco De Biasi v. Sugar Factory Ocean Drive, LLC. Case No.:15-cv-223410 [IWOV-ACTIVE.FID2081063]

Patrick,

Per Ms. Trench, we cannot pay your client unless he provides the required information.

Please advise.

Thank you.

**Ana E Sharp**
Legal Assistant
www.arnstein.com

ARNSTEIN & LEHR LLP
200 South Biscayne Boulevard
Suite 3600
Miami, Florida 33131-2395
Phone: 305.428.4674
Fax: 305.675.3241
aesharp@arnstein.com



*Accomplished lawyers who understand your goals.*
Offices in Illinois & Florida

**From:** Patrick Nitchman [mailto:pn@rgpattorneys.com]
**Sent:** Monday, April 04, 2016 11:43 AM
**To:** Sharp, Ana E.; Elsa Peraza
**Cc:** Anthony M. Georges-Pierre; Anaeli C. Petisco; Rainier Regueiro; Trench, Susan E.
**Subject:** RE: Marco De Biasi v. Sugar Factory Ocean Drive, LLC. Case No.:15-cv-223410 [IWOV-ACTIVE.FID2081063]

Ana,

Attached is an updated W-9 for the Firm. With regard to Plaintiff's tax forms, our client has provided all available information. Additionally, given that Plaintiff was an employee of Defendants, they should be able to reference other tax forms on file for him if necessary.

Cordially,

1